Albert MAYNARD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 11, 1974.

Appeal from Fayette Circuit Court; George Barker, Judge.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Ken Howe, Asst. Deputy Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

Raymond LUCAS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Jan. 18, 1974.

Appeal from Campbell Circuit Court; Paul J. Stapleton, Judge.

William J. Wise, Newport, Vernon R. Brose, Cincinnati, Ohio, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Danny LAFOLLETTE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Jan. 18, 1974.

Appeal from Fayette Circuit Court; Armand Angelucci, Judge.

Anthony M. Wilhoit, William C. Ayer, Jr., Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Hower, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

Charles O. REYNOLDS, Appellant,

v.

Oscar BURGETT et al., Appellees.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Jan. 18, 1974.

Appeal from Kenton Circuit Court; Robert O. Lukowski, Judge.

Gordon H. Hood, Kasfir Heckerman & Hood, Cincinnati, Ohio, Arnold S. Taylor, O'Hara, Ruberg & Cetrulo, Covington, for appellant.

James A. Nolan, Ware, Bryson, Nolan, West & Hiltz, Covington, for appellees Oscar Burgett, Jr. & Moore-Handley, Inc.

Morris Weintraub, George T. Muehlenkamp, Albert H. Root, Muehlenkamp & Root, Newport, for appellees Charles Ramey and Tropic Truck Brokers, Inc.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

* Opinion ordered not to be published.